Federal - Do Not - Call

Gmail

<u>Click here to enable desktop notifications for Gmail.</u> Learn more  Hide

More

# National Do Not Call Registry - Your Registration Is Confirmed   Inbox   x

Verify@donotcall.gov    10:06 AM (25 minutes ago)
to me

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 7761 on May 17, 2008. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*********************************************************
*********************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Click here to Reply or Forward

COMPOSE

Inbox (56)
Starred
Important
Sent Mail
Drafts (4)
Circles
[Gmail]/Trash/BH...
[Gmail]/Trash/Da...
[Gmail]/Trash/Ne...
[Gmail]/Trash/Re...
[Gmail]/Trash/Sto...
[Gmail]/Trash/Te...
[Gmail]/Trash/To...
[Gmail]/Trash/Tra...
[Gmail]/Trash/VE...
[Gmail]/Trash/We...
[Gmail]/Trash/We...
[Imap]/Drafts
Aaron Destefano
Ameritrade

Appendix A