# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SIRIUS XM RADIO, INC.<br><br>　　　　　　Defendant. | Case No. 17-cv-728<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Thomas Buchanan certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this lawsuit:

1. Thomas Buchanan, Plaintiff;

2. HUGHES ELLZEY, LLP, counsel for Plaintiff;

3. TURNER LAW OFFICES, LLC, counsel for Plaintiff;

4. SIRI & GLIMSTAD, LLP, counsel for Plaintiff;

5. WERMAN SALAS P.C, counsel for Plaintiff;

6. MARK ALEXANDER P.C., counsel for Plaintiff; and

7. Sirius XM Radio Inc., Defendant.

This the 13th day of March, 2017.

                                                Respectfully submitted,

                                                HUGHES ELLZEY, LLP

                                                By:   /s/ Jarrett L. Ellzey
                                                     Jarrett L. Ellzey
                                                         Texas Bar No. 24040864
                                                Jarrett L. Ellzey
                                                W. Craft Hughes
                                                Deola T. Ali

2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
jarrett@hughesellzey.com
Deola@hughesellzey.com

                                        **Co-Lead Counsel For Plaintiff**

                                                TURNER LAW OFFICES, LLC

                                                By: */s/* Henry A. Turner
                                                      Henry A. Turner
                                                      Georgia Bar No. 719310
                                                      (*pro hac vice* to be filed)

403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 378-6274
hturner@tloffices.com

                                        **Co-Lead Counsel For Plaintiff**

        SIRI & GLIMSTAD LLP

        /s/ Aaron Siri
        Aaron Siri
        NY Bar No. 4321790
        (*pro hac vice* to be filed)

        /s/ Mason Barney
        Aaron Siri
        NY Bar No. 4405809
        (*pro hac vice* to be filed)

200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
E-Mail: aaron@sirillp.com

        **Co-Lead Counsel For Plaintiff**

        WERMAN SALAS P.C.

        /s/ Douglas M. Werman
        Douglas M. Werman
        IL Bar No. 6204740
        (*pro hac vice* to be filed)

77 West Washington, Suite 1402
Chicago, Illinois 60602
dwerman@flsalaw.com
(312) 419-1008

        **Co-Counsel For Plaintiff**

        MARK A. ALEXANDER P.C.

        /s/ Mark A. Alexander
        Mark A. Alexander

                          TX Bar No. 01007500

5080 Spectrum, Suite 850E
Addison, Texas 75001
Ph: 972.364.9700
Fax: 972. 239.2244
E-Mail: mark@markalexanderlaw.com

                          **Co-Counsel For Plaintiff**

## **CERTIFICATE OF SERVICE**

  I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas on March 13, 2017, and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

                */s/ Jarrett L. Ellzey*
                Jarrett L. Ellzey