# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

THOMAS BUCHANAN, on behalf of himself and all others similarly situated,
Plaintiff

v.

Case No. 3:17-cv-00728-D
Civil Action No.

SIRIUS XM RADIO, INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Sirius XM Radio Inc. ("SiriusXM")

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

SiriusXM is a wholly owned subsidiary of SiriusXM Holdings Inc.
Liberty Media Corporation is the only publicly traded entity that beneficially owns, directly and indirectly, over 10% of the outstanding shares of Sirius XM Holdings Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Thomas Buchanan, Hughes Ellzey, LLP, Turner Law Offices, LLC, Siri & Glimstad LLP, Werman Salas P.C., Mark A. Alexander P.C.

| | |
|---|---|
| Date: | June 15, 2017 |
| Signature: | /s/ Albert J. Rota |
| Print Name: | Albert J. Rota |
| Bar Number: | 24056233 |
| Address: | 2727 North Harwood Street |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | Tel: (214) 969-3698 |
| Fax: | Fax: (214) 969-5100 |
| E-Mail: | Email: ajrota@jonesday.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons