**CONFIDENTIALITY AGREEMENT**
**FOR DOCUMENTS EXCHANGED PRIOR TO EXECUTION OF**
**STIPULATED PROTECTIVE ORDER**

Plaintiff Thomas Buchanan ("Plaintiff") and Defendant Sirius XM Radio Inc. ("Defendant," and together with Plaintiff, the "Parties"), through their respective attorneys of record, agree as follows:

WHEREAS, there is now pending in the United States District Court for the Northern District of Texas, an action captioned *Thomas Buchanan v. Sirius XM Radio Inc.*, Case No. 3:17-cv-00728-D, in which Plaintiff alleges that Defendant violated provisions of the Telephone Consumer Protection Act ("TCPA") (the "Lawsuit");

WHEREAS, the Parties agree for the need to have a governing protective order and the right to designate documents as confidential but are still negotiating terms of such a protective order for this Lawsuit (a "Stipulated Protective Order");

WHEREAS, the Parties anticipate a limited exchange of confidential documents in connection with the Lawsuit prior to execution of the Stipulated Protective Order;

WHEREAS, Defendant is party to several service agreements with its various third-party telemarketing vendors ("MSAs") that Defendant asserts are confidential and which Defendant asserts require the telemarketing vendor's consent before Defendant may disclose any terms of those MSAs;

WHEREAS, Defendant has received prior written consent from certain telemarketing vendors to provide MSAs to Plaintiff prior to the execution of a Stipulated Protective Order on the condition that there is an agreement to treat the MSAs as Attorneys' Eyes Only;

WHEREAS, Attorneys' Eyes Only means that disclosure is strictly limited to review by only outside counsel to each of Plaintiff and Defendant, or those working under outside counsel's direct supervision (*e.g.*, paralegals, secretaries, etc.);

NOW THEREFORE, in consideration of the recitals and mutual promises contained herein, the Parties agree as follows:

1.      Plaintiff agrees that any and all MSAs provided to Plaintiff by Defendant prior to the execution of a Stipulated Protective Order will be treated as Attorneys' Eyes Only until the Stipulated Protective Order is executed.  Once the Stipulated Protective Order is entered, such documents will remain as Attorneys' Eyes Only for an additional thirty (30) days, during which time counsel for the Defendant will re-designate those documents in a matter consistent with the Stipulated Protective Order.  Once those documents are so re-designated, Plaintiff and its counsel will then be bound by the confidentiality provisions of the Stipulated Protective Order as it relates to the MSAs.

[Signature Pages to Follow]

Dated: November 14, 2017　　　　　　　　HUGHES ELLZEY, LLP

By: /s/ Jarrett L. Ellzey
Jarrett L. Ellzey
W. Craft Hughes
Deola T. Ali
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
E-Mail: jarrett@hughesellzey.com
E-Mail: Deola@hughesellzey.com

Attorneys for Plaintiff
THOMAS BUCHANAN

Dated: November 14, 2017　　　　　　　　TURNER LAW OFFICES, LLC

By: /s/ Henry A. Turner
Henry A. Turner
403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 378-6274
Email: hturner@tloffices.com

Attorneys for Plaintiff
THOMAS BUCHANAN

Dated: November 14, 2017　　　　　　　　SIRI & GLIMSTAD LLP

By: /s/ Mason A. Barney
Aaron Siri
Mason A. Barney
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
E-Mail: aaron@sirillp.com

Attorneys for Plaintiff
THOMAS BUCHANAN

Dated: November 14, 2017    WERMAN SALAS P.C.

By: /s/ Douglas M. Werman
Douglas M. Werman
77 West Washington, Suite 1402
Chicago, Illinois 60602
dwerman@flsalaw.com
(312) 419-1008

Attorneys for Plaintiff
THOMAS BUCHANAN

Dated: November 14, 2017    MARK A. ALEXANDER P.C.

By: /s/ Mark A. Alexander
Mark A. Alexander
5080 Spectrum, Suite 850E
Addison, Texas 75001
Ph: 972.364.9700
Fax: 972. 239.2244
E-Mail: mark@markalexanderlaw.com

Attorneys for Plaintiff
THOMAS BUCHANAN

| | |
|---|---|
| Dated: November 14, 2017 | JONES DAY |
| | |
| | By: <u>/s/ Allison L. Waks</u> |
| | Albert J. Rota |
| | Natalia O. Delaune |
| | 2727 North Harwood Street |
| | Dallas, Texas 75201 |
| | Phone: (214) 220-3939 |
| | Fax: (214) 969-5100 |
| | E-Mail: ajrota@jonesday.com |
| | E-Mail: ndelaune@jonesday.com |
| | |
| | Thomas Demitrack |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio  44114 |
| | Phone: (216) 586-7141 |
| | E-Mail: tdemitrack@jonesday.com |
| | |
| | Lee A. Armstrong |
| | Allison L. Waks |
| | 250 Vesey Street |
| | New York, New York 10281-1047 |
| | Phone: 212-326-3939 |
| | E-Mail: laarmstrong@jonesday.com |
| | E-Mail: awaks@jonesday.com |
| | |
| | Attorneys for Defendant |
| | SIRIUS XM RADIO INC. |