# Exhibit B
# to the Demitrack Declaration

**Waks, Allison L.**

| | |
|---|---|
| **From:** | Hutchinson, Daniel M. <dhutchinson@lchb.com> |
| **Sent:** | Friday, March 23, 2018 5:34 PM |
| **To:** | Demitrack, Thomas |
| **Cc:** | Waks, Allison L.; W. Craft Hughes; Jarrett Ellzey; hturner@tloffices.com; awallace@tloffices.com; Douglas M. Werman; Aaron Siri; Mason Barney; Selbin, Jonathan D. |
| **Subject:** | Re: Buchanan v. Sirius XM Radio, Inc. |

If we file a separate request, Plaintiff will ask for 60 days.  If Sirius is willing to make a joint request, Plaintiff is willing to discuss a shorter time period.

Best regards,
Daniel

> On Mar 23, 2018, at 2:01 PM, Demitrack, Thomas <tdemitrack@JonesDay.com> wrote:
>
> Daniel --
>
> How much time are you proposing to ask for?
>
> Tom
>
> Thomas Demitrack
> Partner
> JONES DAY® - One Firm Worldwide℠
> 901 Lakeside Avenue
> Cleveland, Ohio  44114.1190
> Office +1.216.586.7141
> Cell +1.440.554.2796
> tdemitrack@jonesday.com
>
>
> -----Original Message-----
> From: Hutchinson, Daniel M. [mailto:dhutchinson@lchb.com]
> Sent: Friday, March 23, 2018 4:07 PM
> To: Demitrack, Thomas <tdemitrack@JonesDay.com>; Waks, Allison L. <awaks@jonesday.com>
> Cc: W. Craft Hughes <craft@hughesellzey.com>; Jarrett Ellzey <jarrett@hughesellzey.com>; hturner@tloffices.com; awallace@tloffices.com; Douglas M. Werman <dwerman@flsalaw.com>; Aaron Siri <aaron@sirillp.com>; Mason Barney <mbarney@sirillp.com>; Selbin, Jonathan D. <JSELBIN@lchb.com>
> Subject: Re: Buchanan v. Sirius XM Radio, Inc.
>
> Good afternoon Tom.
>
> Any word from your client on this request?  My co-counsel are inclined to file a motion for an extension if we do not hear back by 6:00 Eastern.
>
> Best regards,
> Daniel

1

>
> On Mar 23, 2018, at 8:15 AM, Hutchinson, Daniel M. <dhutchinson@lchb.com<mailto:dhutchinson@lchb.com>> wrote:
>
> Thank you Tom.
>
> We appreciate Sirius considering this request.
>
> Best regards,
> Daniel
>
> From: Demitrack, Thomas [mailto:tdemitrack@JonesDay.com]
> Sent: Thursday, March 22, 2018 6:24 PM
> To: Hutchinson, Daniel M.; Waks, Allison L.
> Cc: 'W. Craft Hughes'; 'Jarrett Ellzey'; 'hturner@tloffices.com<mailto:hturner@tloffices.com>'; 'awallace@tloffices.com<mailto:awallace@tloffices.com>'; 'Douglas M. Werman'; 'Aaron Siri'; 'Mason Barney'; Selbin, Jonathan D.
> Subject: RE: Buchanan v. Sirius XM Radio, Inc.
>
> Daniel – I will review, but I need to vet internally and with the client so I'm not going to be able to get back to you until tomorrow afternoon.  Tom
>
> Thomas Demitrack
> Partner
> JONES DAY® - One Firm Worldwide℠<http://www.jonesday.com/>
> 901 Lakeside Avenue
> Cleveland, Ohio  44114.1190
> Office +1.216.586.7141
> Cell +1.440.554.2796
> tdemitrack@jonesday.com<mailto:tdemitrack@jonesday.com>
>
> From: Hutchinson, Daniel M. [mailto:dhutchinson@lchb.com]
> Sent: Thursday, March 22, 2018 2:48 PM
> To: Demitrack, Thomas <tdemitrack@JonesDay.com<mailto:tdemitrack@JonesDay.com>>; Waks, Allison L. <awaks@jonesday.com<mailto:awaks@jonesday.com>>
> Cc: 'W. Craft Hughes' <craft@hughesellzey.com<mailto:craft@hughesellzey.com>>; 'Jarrett Ellzey' <jarrett@hughesellzey.com<mailto:jarrett@hughesellzey.com>>; 'hturner@tloffices.com<mailto:hturner@tloffices.com>' <hturner@tloffices.com<mailto:hturner@tloffices.com>>; 'awallace@tloffices.com<mailto:awallace@tloffices.com>' <awallace@tloffices.com<mailto:awallace@tloffices.com>>; 'Douglas M. Werman' <dwerman@flsalaw.com<mailto:dwerman@flsalaw.com>>; 'Aaron Siri' <aaron@sirillp.com<mailto:aaron@sirillp.com>>; 'Mason Barney' <mbarney@sirillp.com<mailto:mbarney@sirillp.com>>; Selbin, Jonathan D. <JSELBIN@lchb.com<mailto:JSELBIN@lchb.com>>
> Subject: Buchanan v. Sirius XM Radio, Inc.
>
> Good morning Tom.
>
> Following our meeting yesterday, Plaintiff's counsel have reviewed our records and reiterate our request to extend the current class certification deadlines.
>
> Based on the parties' correspondence, Plaintiff's counsel reasonably believed that Sirius XM considered entry of an agreed-upon protective order to be a condition precedent to certain document production.  Because the parties did not

agree upon a protective order until yesterday's in-person meeting, Sirius XM did not produce records relevant to class certification, including OEM agreements, certain vendor agreements, and data reflecting the landline numbers called by or on behalf of Sirius XM.
>
> Because those records were not produced, Plaintiff also has not yet taken a Rule 30(b)(6) deposition. Just a few days ago, Sirius amended its initial disclosures to identify 26 additional persons. Plaintiff is considering whether testimony from any of these witnesses would be relevant to class certification.
>
> Under these circumstances, we believe that a strong basis exists for a brief extension of the current deadlines. Such an extension will benefit all parties and the Court by allowing efficient briefing based on a complete record. Please confirm whether or not Sirius XM will oppose Plaintiff's request.
>
> Best regards,
> Daniel
>
> <image001.gif>
>
> Daniel M. Hutchinson
> dhutchinson@lchb.com<mailto:dhutchinson@lchb.com>
> t 415.956.1000
> f 415.956.1008
> Lieff Cabraser Heimann & Bernstein, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> www.lieffcabraser.com<http://www.lieffcabraser.com>
>
>
>
>
> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
> ***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
>
>
> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
> ***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.