# Exhibit E
# to the Waks Declaration

**Waks, Allison L.**

| | |
|---|---|
| **From:** | Waks, Allison L. |
| **Sent:** | Monday, November 20, 2017 6:39 PM |
| **To:** | 'Jarrett Ellzey'; Demitrack, Thomas; Armstrong, Lee A.; Delaune, Natalia O. |
| **Cc:** | TURNER LAW OFFICES, LLC; Aaron Siri; W. Craft Hughes; Douglas M. Werman; Mason Barney |
| **Subject:** | RE: Case No. 3:17-cv-728; Buchanan v. Sirius XM Radio, Inc. |

Counsel,

In follow-up to our phone call on Friday, we estimate that the consumer data at issue here would amount to approximately 6 GB of data.

In response to the below, and also as discussed, we will speak with the third-party vendors on unredacting insurance information. For those vendors for whom contracts were not provided, we were asked to wait for execution of the governing protective order.

Allison

Allison L. Waks
Associate
[JONES DAY® - One Firm Worldwide℠](#)
250 Vesey Street
New York, NY 10281
Office: +1.212.326.7808
awaks@jonesday.com

**From:** Jarrett Ellzey [mailto:Jarrett@hughesellzey.com]
**Sent:** Friday, November 17, 2017 12:35 PM
**To:** Waks, Allison L. <awaks@jonesday.com>; Demitrack, Thomas <tdemitrack@JonesDay.com>; Armstrong, Lee A. <laarmstrong@JonesDay.com>; Delaune, Natalia O. <ndelaune@jonesday.com>
**Cc:** TURNER LAW OFFICES, LLC <hturner@tloffices.com>; Aaron Siri <aaron@sirillp.com>; W. Craft Hughes <Craft@hughesellzey.com>; Douglas M. Werman <dwerman@flsalaw.com>; Mason Barney <mbarney@sirillp.com>
**Subject:** Case No. 3:17-cv-728; Buchanan v. Sirius XM Radio, Inc.

Counsel:

Thank you for the call this morning. Pursuant to our discussion, below is a list of the vendor contracts with redacted insurance coverage info:

Marketlink, Inc.

Career Horizons

Stream International

JNet

Also, it appears that Sirius' first production did not include contracts for the following vendors:

Afni

Dial America

Convergys

IPacesetters

Straightforward

The Results Companies

Please let us know whether these documents will be produced.  Thank you.


Jarrett L. Ellzey
Hughes Ellzey, LLP
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
(713) 554-2377
(713) 554-2376 – Direct Line

www.hughesellzey.com

2