# EXHIBIT 3

Sample A Sample
Radio ID: 99999999
Account #: 1-123456789000

To update your account information see reverse side.

| CHOOSE YOUR SELECT PLAN*: | BASE PRICE | FEES AND TAXES | TOTAL DUE |
|---|---|---|---|
| ☐ MONTHLY | $99.99 | $99.99 | **$99.99** |
| ☐ 1-Year — Save $14.99 | $99.99 | $99.99 | **$99.99** |
| ☐ 2-Year — Save $29.98 | $99.99 | $99.99 | **$99.99** |

*If your vehicle is equipped with other SiriusXM services, subscribe separately by calling 1-844-287-9220.

**Enter your email address to receive a confirmation that your order has been received and processed.**

_____
**Email**
See our Privacy Policy at www.siriusxm.com/privacy.
You may change your privacy preferences at any time.

**Please choose payment method.**
By providing the information below I authorize payment for the plan I have selected. I agree that my chosen **plan will automatically renew and be charged** to my payment method at then-current rates and that **I must call 1-866-635-2349 to cancel**. I agree to the **Customer Agreement** at www.siriusxm.com.

☐ **Pay Later** Pay by Credit/Debit Card (Visa, MC, Amex, Discover, JCB only)
Your credit/debit card will not be charged until your existing trial subscription ends.

| | | | | | | | | | | | | | | | |   | | | |
Credit/Debit Card Number                                                Expiration Date

X_____  (     )_____
Signature                                              Phone

☐ **Pay Now** Pay by Check or Money Order (Please include Total Due)
Make payable to Sirius XM Radio Inc. We will charge you a $2 Invoice Administration Fee on each invoice we send to you, except where prohibited. To avoid this fee, choose credit/debit card billing now.

S_WK_AA_R_AUD_SC
SXM_WK_AA_R_GEN_SC-2



900000000000000001-12345678900000000047732

---

![SiriusXM Satellite Radio logo]



Sample A Sample       00001
123 Main Street
Anytown NA  12345-1234

**CONGRATULATIONS!**
Your new SiriusXM® trial subscription is now active!



Dear Sample A Sample,

Congratulations on your new KIA Forte Koup. Our records indicate that you are a current or recent SiriusXM subscriber. We want to thank you for being a Loyal Listener!

Your SiriusXM benefits include a **3-month trial subscription to the best package SiriusXM has to offer — the All Access package.** With your new All Access trial, you now get every single channel we offer for your satellite radio including the premium channels. Plus, the freedom to listen everywhere with SiriusXM Internet Radio — enjoy over 160 channels on your tablet, smartphone or computer.

As a Loyal Listener, you have access to our **dedicated Loyal Listener Care team**. Call **1-844-287-9220** so you can:

- Ensure your new vehicle is added to your existing account
- Take advantage of any service credits you may have from a previous subscription
- Find out if you are eligible for a discount on your additional SiriusXM subscription(s)
- Let us know about any vehicle you no longer have
- Learn more about your All Access trial subscription
- Get help setting up your SiriusXM Internet Radio service
- Refresh your radio if you are not receiving the premium channels included with your All Access trial subscription
- Add a subscription for your new vehicle to ensure your SiriusXM service continues after your trial subscription ends. See Offer Details below.

For your convenience, we've enclosed a **brand new channel guide** so you can see all of the channels, features, and benefits included with your All Access trial subscription.

Thank you for being a SiriusXM preferred Loyal Listener and enjoy your new trial.

Sincerely,

*Kathy Thomson*

Kathy Thomson
Chief Marketing Officer
SiriusXM Radio

**Active SiriusXM® Services**
☑ SiriusXM Satellite Radio
☑ SiriusXM Internet Radio

**Radio ID:** 99999999
**Trial End Date:** August 8, 2015
**Vehicle:** 2015 KIA Forte Koup

**CALL OUR DEDICATED LOYAL LISTENER CARE**
T E A M  A T
**1-844-287-9220**
today to add your new vehicle to your account.

P.S. To make sure you have uninterrupted service after your trial subscription ends, **call 1-844-287-9220**. Or, complete and return the enclosed order form to subscribe to our Select package of channels. See Offer Details below.

**Offer Details:** If you decide to continue service after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates. Fees and taxes apply. To cancel you must call us at 1-866-635-2349. See our Customer Agreement for complete terms at www.siriusxm.com  All fees and programming subject to change.