# EXHIBIT 11

**Thomas F. Buchanan**
508 Oldbridge Drive
Allen, Texas 75002

File Copy
Mailed (pm)
7.24.16
First Class Mail

July 24th, 2016

Sirius XM Holdings Inc
1221 Avenue Of The Americas
36th Floor
New York, NY, 10020-1001

To Whom It May Concern:

I have received multiple calls from your company. Please stop calling my home immediately. My home phone number is: 972.727.7761. I am on the Do-Not-Call list (both Federal and State of Texas) registries. Please include my phone number on your company specific list of people that you maintain who do not wish to be called. Again, stop calling my home!!!

Thank you.

*Tom Buchanan*

Thomas F. Buchanan