# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Case No.:<br><br>17-cv-00728 |

### DECLARATION OF HENRY A. TURNER

Henry A. Turner, pursuant to 28 U.S.C. §1746, deposes and states under penalty of perjury the following:

1. I am a member in good standing of the Georgia State Bar and the Managing Member of Turner Law Offices, LLC, which is Co-Counsel for Plaintiff in this action.

2. I make this declaration in support of Plaintiff's Motion for Class Certification. All the facts stated herein are true and correct and are within my personal knowledge.

3. EDUCATIONAL BACKGROUND

- JURIS DOCTORATE
  Georgia State University College of Law

    -Best Oralist: Philip C. Jessup Moot Court Southeastern Regional Competition

    -Board of Trial Advocates Award as Outstanding Student Litigation

- MASTERS OF BUSINESS ADMINISTRATION
  (CONCENTRATION: FINANCE)
  Georgia State University College of Business Administration

- BACHELOR OF SCIENCE IN BUSINESS ADMINISTRATION
  (MAJOR: ACCOUNTING)
  University of South Carolina College of Business Administration

4. PROFESSIONAL AFFILATIONS

- State Bar of Georgia

- Georgia Trial Lawyers Association

- Chartered Financial Analysts Institute

- Atlanta Society of Financial Analysts

- Fellow, Financial Analysts Federation

5. ADMITTED TO PRACTICE

- Supreme Court of Georgia (1991)

- Georgia Court of Appeals (1991)

- U.S. Court of Appeals-Eleventh Circuit (1991)

- U.S. District Court for the Northern District of Georgia (1991)

5. In 27 years as a Trial Attorney I have represented numerous Clients in Class Action Litigation. Since 2004 I have represented Clients in numerous Telephone Consumer Protection Act (TCPA) Class Actions, where I served as Counsel or Co-Counsel, including the following Cases:

- *Martin K. O'Toole et al. v. Pitney Bowes, Inc.*
  United States District Court for the Northern District of Georgia
  Civil Action File No. 1:08cv1645

- *Anne H. Wallace et al. v. Gregg Appliances, Inc.*
  Superior Court of Gwinnett County, Georgia
  Civil Action File No. 07-A-05227-4

- *Paul Buck et al. v. Danny Diulus et al.*
  Superior Court of Cobb County, Georgia
  Civil Action File No. 07-1-10692-18

- *Kimberly Bartlett et al. v. Portfolio Recovery Associates, LLC*
  United States District Court for the Northern District of Georgia
  Civil Action File No. 1:11cv0624

- *Karen Harvey v. Portfolio Recovery Associates, LLC*
  United States District Court for the Middle District of Florida
  Civil Action File No. 6:11-cv-00582

- *Denise Baker v. Navient Solutions LLC*
  United States District Court for the Eastern District of Virginia
  Civil Action File No. 1:17cv1160

6. My Firm has the resources to fulfill its obligations in this Litigation.

7. Neither my Firm nor I have any interest adverse to, or in conflict with, those of the Putative Class in this action.

8. Both my Firm and I are familiar with the obligations and burdens of representing a class and are competent and capable of representing the proposed Class in this case. I am not suffering any impediments and am competent to testify to all of the foregoing.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

January 22, 2018

Henry A. Turner