# Exhibit 20

# Deposition Transcript

[To be filed pursuant to Section 12.4 the Stipulated Joint Protective Order (Dkt. No. 56)]