# Exhibit 16

Notice of Apparent Liability
(SXM_013822-50)
*See* Dkt. 60-16

STATE OF NEW YORK
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

ANDREW M. CUOMO
GOVERNOR

CESAR A. PERALES
SECRETARY OF STATE

November 19, 2014

Arunabha Bhoumik, Esq.
Manatt, Phelps & Phillips
7 Times Square
New York, New York 10036-6524

Re: DLS v. Sirius XM Radio Inc.

Dear Mr. Bhoumik:

Enclosed please find an Amended Notice of Apparent Liability (NOAL). The amended NOAL contains Do Not Call complaints made to the FTC Do Not Call Registry by thirteen additional consumers for the period from September 6, 2013 through August 10, 2014. I have also included the most recent consumer complaints filed against Sirius XM Radio Inc. The new complaints are in addition to the original complaints that have been forwarded to your office under a cover letter dated November 3, 2014 as part of the Department's reply to your SAPA demand. The Department will be calling as its witness Robert Patrick who is the investigator assigned to this case. Thank you.

Sincerely,

John E. Kenny
Senior Attorney
NYS Department of State
One Commerce Plaza
99 Washington Avenue
5th Floor
Albany, New York 12231

Enc.

CONFIDENTIAL

SXM_013882

Cc: Patrick Donnelly
    Sirius XM Radio Inc.
    1221 Avenue of the Americas
    New York, New York 10020

    Clayton S. Friedman, Esq.
    Manatt, Phelps & Phillips
    Park Rower
    695 Town Center Drive, 14th Floor
    Costa Mesa, California 92626

CONFIDENTIAL

SXM_013883

STATE OF NEW YORK
DEPARTMENT OF STATE

---

In the Matter of the Alleged Violations of the
Do Not Call Registry

     - by-

SIRIUS XM RADIO, INC.

**AMENDED NOTICE OF
APPARENT LIABILITY**

11 DNC 04
14 DNC 1654

---

## PRELIMINARY STATEMENT

1.     An enforcement action and proceeding against Sirius XM Radio, Inc. ("Sirius"), is hereby initiated through this Notice of Apparent Liability pursuant to General Business Law § 399-z and 21 New York Codes, Rules and Regulations (NYCRR) Parts 4602 and 4603.

2.     It has been determined that Sirius has apparently violated New York General Business Law (GBL) Section 399-z and 21 NYCRR Parts 4602 and 4603 by making 46 unsolicited telemarketing sales calls to thirty five (35) consumers whose telephone numbers were validly registered on the National Do Not Call Registry.

3.     Sirius is liable for a penalty of up to $11,000 per violation, resulting in a total potential penalty of **$506,000.00**.

## JURISDICTION

4.     Pursuant to GBL Section 399-z, the National Do Not Call Registry serves as the New York State No Telemarketing Sales Calls Statewide Registry. Eligible consumers may register with the Federal Trade Commission (FTC) for inclusion on the National Registry pursuant to 16 CFR 310.4(b)(1)(iii)(B). No telemarketer or seller may make or cause to be made any unsolicited telemarketing sales to any consumer more than thirty-one days after the telephone number appears on the National Do-Not-Call Registry.

CONFIDENTIAL

5.     Each call to a telephone number which validly appears on the Registry for more than thirty-one (31) days is deemed a separate occurrence for purposes of the penalty and enforcement provisions of these regulations. GBL § 399-z and 21 NYCRR § 4603.1.

6.     The Department of State has authority, upon a complaint or upon its own initiative, to conduct an inquiry as to the sufficiency of any alleged violations. GBL § 399-z and 21 NYCRR § 4603.4.

7.     The Department of State has the authority to assess a fine not to exceed eleven thousand dollars ($11,000) for each Do Not Call violation. Each call is a separate offense for penalty and enforcement purposes. GBL § 399-z; 21 NYCRR §§ 4603.1, 4603.4.

## GENERAL ALLEGATIONS

8.     Thirty four consumers have filed complaints against Sirius alleging violations of the Do Not Call Registry. The Department has verified that all such consumer telephone numbers validly appeared on the National Registry for more than thirty-one (31) days prior to the call from Sirius.

9.     Attached hereto and incorporated herein as **"Exhibit A"** is a list of such calls with the phone number and approximate date and time of call.

10.     The consumer complaints establish a pattern of conduct by Sirius of telemarketing consumers in violation of GBL § 399-z.

## CONCLUSIONS

11.     Based on the consumer complaints detailed above, Sirius apparently has violated GBL §399-z and 21 NYCRR Parts 4602 and 4603 by making unsolicited telemarketing sales calls.

-2-

CONFIDENTIAL                                                                 SXM_013885

12.     Therefore, Sirius is hereby notified that it is liable in the amount of **$506,000.00.**

13.     Pursuant to 21 NYCRR Part 4603.4, Sirius has an opportunity to put forth any affirmative defenses, and show cause that issues of material fact or law exist with respect to the consumer complaint allegations contained herein. Any such response must be submitted not more than **thirty-five (35) days** after the mailing date of this Notice of Apparent Liability. Pursuant to 21 NYCRR § 4603.4, the Department of State will evaluate any such response, conduct a review based on the evidence before it, and communicate its decision to Sirius. If Sirius disputes the decision, it may, within ten (10) days of the receipt of the decision, request in writing that an administrative hearing be conducted.

Date: November 19, 2014

**DEPARTMENT OF STATE
LITIGATION UNIT**

By: _____
John E. Kenny
Senior Attorney

-3-

CONFIDENTIAL

SXM_013886

## EXHIBIT "A"

| Consumer Name & Number | Date Complaint Filed | Date of Call |
|---|---|---|
| | 2/23/2011 | 2/22/2011 |
| | 2/17/2011 | 2/17/2011 |
| | 2/7/2011 | 2/7/2011 |
| | 2/1/2011 | 2/1/2011 |
| | 2/2/2011 | 1/31/2011 |
| | 1/28/2011 | 1/28/2011 |
| | 1/12/2011 | 1/12/2011 |
| | 1/4/2011 | 1/4/2011 |
| | 12/14/201 | 12/14/2010 |
| | 12/7/2010 | 12/7/2010 |
| | 12/1/2010 | 12/1/2010 |
| | 12/1/2010 | 12/1/2010 |
| | 11/24/2010 | 11/24/2010 |
| | 11/9/2010 | 11/9/2010 |
| | 11/14/2010 | 11/13/2010 |

-1-

CONFIDENTIAL

SXM_013887

| | | |
|---|---|---|
| | 10/9/2010 | 10/9/2010 |
| | 7/22/2010 | 7/22/2010 |
| | 4/13/2010 | 4/13/2010 |
| | 4/13/2010 | 4/9/2010 |
| | 3/12/2010 | 3/12/2010 |
| | 8/10/2011 | 8/10/2011 |
| | 7/20/2011 | 7/19/2011 |
| | 4/6/2014 | 4/5/2014 |
| | 4/21/2014 | 4/21/2014 |
| | 2/17/2014 | 2/17/2014 |
| | 1/25/2014 | 1/25/2014 |
| | 12/5/2013<br>12/5/2013<br>12/5/2013<br>12/4/2013<br>12/3/2014<br>12/19/2013 | 12/5/2013<br>12/4/2013<br>12/4/2013<br>12/4/2013<br>12/3/2013<br>12/19/2013 |
| | 10/22/2013 | 10/22/2013 |

-2-

CONFIDENTIAL

SXM_013888

| | | |
|---|---|---|
| | 7/26/2014 | 7/26/2014 |
| | 7/26/2014 | 7/25/2014 |
| | 7/25/2014 | 7/25/2014 |
| | 7/25/2014 | 7/24/2014 |
| | 7/25/2014 | 7/24/2014 |
| | 7/25/2014 | 7/22/2014 |
| | 7/25/2014 | 7/22/2014 |
| | 7/2/2014 | 6/28/2014 |
| | 3/12/2014 | 3/3/2014 |
| | 1/7/2014 | 1/7/2014 |
| | 11/9/2013 | 11/9/2013 |
| | 8/10/2014 | 8/10/2014 |
| | 4/2/2014 | 4/1/2014 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

-3-

CONFIDENTIAL

## 🔎 Do Not Call Complaints

| Record # 1 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 52805153 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 4/6/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 4/5/2014 | **Transaction Time:** | 5:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | My husband's new car came with free **Sirius** XM radio for the first few months. He did not want to renew it. Now, **Sirius** keeps calling us. | | |
| **Consumer** | | | |
| **First Name:** | ██████████ | **Last Name:** | ██████████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | ██████████ | **Phone Number:** | ██████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius | **State:** | |
| **Country Code:** | | **Phone Number:** | (877) 2053939 |

CONFIDENTIAL

SXM_013890

| Record # 20 of 20 / Do Not Call Complaints | |  |  |
|---|---|---|---|
| Reference Number: | 53141448 | Is Phone in Registry?: | Yes |
| Complaint Date: | 4/21/2014 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 4/21/2014 | Transaction Time: | 5:00:00 PM |
| Existing Business Relationship?: | Yes | Pre-recorded message?: | No |
| Requested entity to stop calling?: | Yes |  |  |
| Comments: | Sirius XM radio was in new truck I purchased. I never used the XM radio or subscribed to it. Sirius has been calling for over three weeks now and ever time I ask them not to call me and place me on a do not call list. But they continue to call all times of the day and night. | | |
| **Consumer** | | | |
| First Name: |  | Last Name: |  |
| Address 1: |  | Address 2: |  |
| City: |  | State/Prov: |  |
| ZIP: |  | Phone Number: |  |
| **Subject** | | | |
| Company Name: View Similar Complaints | Sirius Xm | State: | New York |
| Country Code: |  | Phone Number: | (315) 6700112 |

CONFIDENTIAL                                                                        SXM_013891

| Record # 8 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 51508937 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 2/17/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 2/17/2014 | **Transaction Time:** | 9:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | We have gotten 6 calls in the past week, when we answer there is nobody on the line. They also call when we are not home and never leave a message on the answer machine. We do not have an account with these people and have naver had an account with these people and we have never contacted these people until today. | | |
| Consumer | | | |
| **First Name:** | █████████ | **Last Name:** | █████████ |
| **Address 1:** | █████████ | **Address 2:** | █████████ |
| **City:** | █████████ | **State/Prov:** | █████████ |
| **ZIP:** | █████████ | **Phone Number:** | █████████ |
| Subject | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm Radio Via Level 3 Communications Voip In Westerlo, | **State:** | New York |
| **Country Code:** | | **Phone Number:** | (518) 9364574 |

CONFIDENTIAL                                                              SXM_013892

| Record # 18 of 20 / Do Not Call Complaints | |
|---|---|
| **Reference Number:** 51089815 | **Is Phone in Registry?:** Yes |
| **Complaint Date:** 1/25/2014 | **Product Service Code:** National Do Not Call Registry |
| **Complaint Source:** National Do Not Call Registry | **Complaint Channel:** Internet |
| **Transaction Date:** 1/25/2014 | **Transaction Time:** 10:00:00 AM |
| **Existing Business Relationship?:** No | **Pre-recorded message?:** No |
| **Requested entity to stop calling?:** No | |
| **Comments:** This number calls 4 to 5 times a day at various times and there is never anyone on the line. I Googled the number to find who it belonged to. I am a senior and my 97 year old mother lives with me. We are very annoyed that this continues daily without any way to stop it. | |
| **Consumer** | |
| **First Name:** | **Last Name:** |
| **Address 1:** | **Address 2:** |
| **City:** | **State/Prov:** |
| **ZIP:** | **Phone Number:** |
| **Subject** | |
| **Company Name:** Sirius Radio<br>**View Similar Complaints** | **State:** New York |
| **Country Code:** | **Phone Number:** (585) 4548174 |

CONFIDENTIAL                                                                              SXM_013893

| Record # 4 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 49991523 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 12/5/2013 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 12/5/2013 | **Transaction Time:** | 1:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | This company will not stop calling. This is the second call today. Please help. | | |
| **Consumer** | | | |
| **First Name:** | █████████ | **Last Name:** | █████████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Phone Number:** | |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Radio | **State:** | |
| **Country Code:** | | **Phone Number:** | (866) 2987474 |

CONFIDENTIAL

SXM_013894

| Record # 5 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 49988808 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 12/5/2013 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 12/4/2013 | **Transaction Time:** | 8:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | They never stop calling, this is twice today they called. | | |
| **Consumer** | | | |
| **First Name** | ██████████████ | **Last Name:** | ████████████ |
| **Address 1** | ██████████████ | **Address 2:** | ████████████ |
| **City** | ██████████████ | **State/Prov:** | ████████████ |
| **ZIP** | ██████ | **Phone Number:** | ████████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Radio | **State:** | |
| **Country Code:** | | **Phone Number:** | (866) 2987474 |

CONFIDENTIAL                                                                    SXM_013895

| Record # 6 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 49966642 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 12/4/2013 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 12/4/2013 | **Transaction Time:** | 11:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | These people will not stop calling. | | |
| **Consumer** | | | |
| **First Name:** | ███████ | **Last Name:** | ███████ |
| **Address 1:** | ███████ | **Address 2:** | ███████ |
| **City:** | ███████ | **State/Prov:** | ███████ |
| **ZIP:** | ███████ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Radio | **State:** | |
| **Country Code:** | | **Phone Number:** | (866) 2987474 |

CONFIDENTIAL                                                                    SXM_013896

| Record # 7 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 49948706 | Is Phone in Registry?: | Yes |
| Complaint Date: | 12/3/2013 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 12/3/2013 | Transaction Time: | 2:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | This company has called at least 20 times in the last month.I contacted a live person and told them to stop calling,but the calls keep coming.Please help. | | |
| Consumer | | | |
| First Name: | | Last Name: | |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Phone Number: | |
| Subject | | | |
| Company Name: View Similar Complaints | Sirius Radio | State: | |
| Country Code: | | Phone Number: | (866) 2987474 |

CONFIDENTIAL
SXM_013897

| Record # 3 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 50447363 | Is Phone in Registry?: | Yes |
| Complaint Date: | 12/19/2013 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 12/19/2013 | Transaction Time: | 8:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | These people call about four or five times a week. | | |
| **Consumer** | | | |
| First Name: | ████ | Last Name: | ████ |
| Address 1: | ████ | Address 2: | ████ |
| City: | ████ | State/Prov: | ████ |
| ZIP: | ████ | Phone Number: | ████ |
| **Subject** | | | |
| Company Name: View Similar Complaints | Sirius Radio | State: | |
| Country Code: | | Phone Number: | (866) 9037474 |

CONFIDENTIAL                                                        SXM_013898

| Record # 11 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 49014318 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 10/22/2013 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 10/22/2013 | **Transaction Time:** | 9:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | They do not stop calling me even though I have told them I am not interested in their services. I have asked them not to call numerous times. They stop for a week or so and then keep calling. They call every day! It is absurd. Thank you for your help. | | |
| **Consumer** | | | |
| **First Name:** | | **Last Name:** | |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Phone Number:** | |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Satellite Radio | **State:** | |
| **Country Code:** | | **Phone Number:** | (855) 3786704 |

CONFIDENTIAL

SXM_013899

| Record # 5 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 55144292 | Is Phone in Registry?: | Yes |
| Complaint Date: | 7/26/2014 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 7/26/2014 | Transaction Time: | 2:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | No |
| Requested entity to stop calling?: | No | | |
| Comments: | | | |
| **Consumer** | | | |
| First Name: | | Last Name: | |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Phone Number: | |
| **Subject** | | | |
| Company Name: View Similar Complaints | Sirius Xm | State: | Massachusetts |
| Country Code: | | Phone Number: | (617) 8265056 |

CONFIDENTIAL

SXM_013900

| Record # 6 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 55144269 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 7/26/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 7/25/2014 | **Transaction Time:** | 5:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | ███████ | **Last Name:** | ███████ |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | ███████ | **State/Prov:** | |
| **ZIP:** | ███████ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | Massachusetts |
| **Country Code:** | | **Phone Number:** | (617) 8265056 |

CONFIDENTIAL                                                    SXM_013901

| Record # 8 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 55121723 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 7/25/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 7/25/2014 | **Transaction Time:** | 11:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | ████████ | **Last Name:** | ████████ |
| **Address 1:** | ████████ | **Address 2:** | ████████ |
| **City:** | ████████ | **State/Prov:** | ████████ |
| **ZIP:** | ████████ | **Phone Number:** | ████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | Massachusetts |
| **Country Code:** | | **Phone Number:** | (617) 8265056 |

CONFIDENTIAL                                                              SXM_013902

| Record # 9 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 55121704 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 7/25/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 7/24/2014 | **Transaction Time:** | 5:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | ███████████ | **Last Name:** | ███████████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Phone Number:** | |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | Massachusetts |
| **Country Code:** | | **Phone Number:** | (617) 8265056 |

CONFIDENTIAL

SXM_013903

| Record # 10 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 55121686 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 7/25/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 7/24/2014 | **Transaction Time:** | 9:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | | **Last Name:** | |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Phone Number:** | |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | Massachusetts |
| **Country Code:** | | **Phone Number:** | (617) 8265056 |

CONFIDENTIAL
SXM_013904

| Record # 11 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 55121669 | Is Phone in Registry?: | Yes |
| Complaint Date: | 7/25/2014 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 7/22/2014 | Transaction Time: | 7:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | No |
| Requested entity to stop calling?: | No | | |
| Comments: | | | |
| Consumer | | | |
| First Name: | | Last Name: | |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Phone Number: | |
| Subject | | | |
| Company Name: View Similar Complaints | Sirius Xm | State: | Massachusetts |
| Country Code: | | Phone Number: | (617) 8265056 |

CONFIDENTIAL

SXM_013905

| Record # 12 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 55121587 | Is Phone in Registry?: | Yes |
| Complaint Date: | 7/25/2014 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 7/22/2014 | Transaction Time: | 10:00:00 AM |
| Existing Business Relationship?: | No | Pre-recorded message?: | No |
| Requested entity to stop calling?: | No | | |
| Comments: | I did research on the number and found out that it is **Sirius** XM Radio. I have had absolutely no business with these people and I do not know why they continually harass me with their calls. | | |
| Consumer | | | |
| First Name: | | Last Name: | |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Phone Number: | |
| Subject | | | |
| Company Name: View Similar Complaints | Sirius Xm | State: | Massachusetts |
| Country Code: | | Phone Number: | (617) 8265056 |

CONFIDENTIAL

SXM_013906

| Record # 14 of 20 / Do Not Call Complaints | |
|---|---|
| **Reference Number:** 54638499 | **Is Phone in Registry?:** Yes |
| **Complaint Date:** 7/2/2014 | **Product Service Code:** National Do Not Call Registry |
| **Complaint Source:** National Do Not Call Registry | **Complaint Channel:** Internet |
| **Transaction Date:** 6/28/2014 | **Transaction Time:** 8:00:00 PM |
| **Existing Business Relationship?:** No | **Pre-recorded message?:** No |
| **Requested entity to stop calling?:** Yes | |
| **Comments:** Sirius has called this number EIGHT times in the last 2 days. Six of those calls resulted in Sirius hanging up and not leaving a voice mail. I spoke with a Sirius representative on the other two calls and asked them to take my name off their call list. They refuse and continue to call. | |
| **Consumer** | |
| **First Name:** ▮ | **Last Name:** ▮ |
| **Address 1:** ▮ | **Address 2:** ▮ |
| **City:** ▮ | **State/Prov:** ▮ |
| **ZIP:** ▮ | **Phone Number:** ▮ |
| **Subject** | |
| **Company Name:** Sirius Radio **View Similar Complaints** | **State:** New York |
| **Country Code:** | **Phone Number:** (516) 3089576 |

CONFIDENTIAL                                                        SXM_013907

| Record # 4 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 52257890 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 3/12/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | IVR |
| **Transaction Date:** | 3/3/2014 | **Transaction Time:** | 12:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | | **Last Name:** | █████████ |
| **Address 1:** | | **Address 2:** | █████████ |
| **City:** | | **State/Prov:** | █████████ |
| **ZIP:** | | **Phone Number:** | █████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Radio | **State:** | |
| **Country Code:** | | **Phone Number:** | (866) 2987474 |

CONFIDENTIAL
SXM_013908

## 🔎 Do Not Call Complaints

| Record # 1 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 50767379 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 1/7/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 1/7/2014 | **Transaction Time:** | 8:00:00 PM |
| **Existing Business Relationship?:** | Yes | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | | | |
| **Consumer** | | | |
| **First Name:** | ███████ | **Last Name:** | ███████ |
| **Address 1:** | ███████ | **Address 2:** | ███████ |
| **City:** | ███████ | **State/Prov:** | ███████ |
| **ZIP:** | ███████ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | |
| **Country Code:** | | **Phone Number:** | (855) 3786699 |

CONFIDENTIAL

SXM_013909

| Record # 10 of 14 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 49530604 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 11/9/2013 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 11/9/2013 | **Transaction Time:** | 11:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | No | | |
| **Comments:** | This number calls numerous times a day, 9AM and 11AM today and they do not leave a message on the answering machine. I never activated or used **Sirius** XM radio and have no desire for their service, nor have I responded to their numerous offerings in the mail. I do want the calling and the hang ups on the machine to stop that occur several times a day. | | |
| **Consumer** | | | |
| **First Name:** | ███████████ | **Last Name:** | ███████████ |
| **Address 1:** | ███████████ | **Address 2:** | ███████████ |
| **City:** | ███████████ | **State/Prov:** | ███████████ |
| **ZIP:** | ███████████ | **Phone Number:** | ███████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Sirius Xm | **State:** | New York |
| **Country Code:** | | **Phone Number:** | (315) 6700112 |

CONFIDENTIAL

SXM_013910

| Record # 2 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 55478303 | Is Phone in Registry?: | Yes |
| Complaint Date: | 8/10/2014 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 8/10/2014 | Transaction Time: | 9:00:00 AM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | I am getting calls from them daily, sometimes multiple times a day. Please make it stop. | | |
| Consumer | | | |
| First Name: | | Last Name: | |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Phone Number: | |
| Subject | | | |
| Company Name: View Similar Complaints | Sirius Xm | State: | New York |
| Country Code: | | Phone Number: | (646) 6616132 |

CONFIDENTIAL                                                                                                    SXM_013911

| Record # 2 of 20 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 52656436 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 4/2/2014 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 4/1/2014 | **Transaction Time:** | 4:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | This company calls multiple times/day and does not leave a message. There is no way to contact them to stop this. | | |
| **Consumer** | | | |
| **First Name:** | | **Last Name:** | |
| **Address 1:** | | **Address 2:** | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Phone Number:** | |
| **Subject** | | | |
| **Company Name:** | Sirius Xm | **State:** | New York |
| **View Similar Complaints** | | | |
| **Country Code:** | | **Phone Number:** | (585) 4548174 |

CONFIDENTIAL

SXM_013912