# Exhibit 19

## Letter from Wyoming Office of the Attorney General (SXM_007076)
*See* Dkt. 60-19



# Office of the Attorney General

| | | |
|---|---|---|
| **Governor**<br>Matthew H. Mead | Human Services Division<br>Consumer Protection Unit<br>123 State Capitol | **Chief Deputy Attorney General**<br>John G. Knepper |
| **Attorney General**<br>Peter K. Michael | Cheyenne, Wyoming  82002<br>307-777-5833 or 800-438-5799 Telephone<br>307-777-7956 Fax | **Division Deputy**<br>Robin Sessions Cooley |

July 7, 2014

Christina Kiehl
Copilevitz & Canter, LLC
310 W.20th Street, Suite 300
Kansas, City, MO 64108

     RE: Wyoming Notice of Intent to Engage in Telephone Solicitation

Dear Ms. Kiehl:

     Our office received a Notice of Intent to Engage in Telephone Solicitation for **The Results Companies, LLC** dated **May 15, 2014**. The Results Companies appears to intend to make telephone solicitation calls for SiriusXM Radio. In January of 2013, we rejected a submission for telephone solicitation for SiriusXM Radio and discussed our concerns with Sirius's counsel, Clay Friedman. As we have previously explained, SiriusXM Radio's trial service in new automobiles does not create an "established business relationship" under WYO. STAT. ANN. § 40-12-301(a)(vi), and thus calls made to those purchasers must be checked against the state and federal do-not-call lists. Mr. Friedman advised our office that he would send additional information for our consideration; however, we have heard nothing further since that date.

     Accordingly, we will not accept the filing for telephone solicitation for SiriusXM Radio at this time. We are returning your submission under cover of this letter.

                                            Regards,

                                            Melissa R. Theriault
                                            Senior Assistant Attorney General

CONFIDENTIAL