# Exhibit 139

# Exhibit 140

# Exhibit 141

# [Non-documentary exhibit provided on CD]

# Exhibit 142

# [Non-documentary exhibit provided on CD]

# Exhibit 143

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]