IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0728-D |
| § | |
| SIRIUS XM RADIO INC, § | |
| § | |
| Defendant. § | |

### ORDER

Having considered the parties' November 9, 2018 joint status report and request to stay pending mediation, the court grants the request.

Accordingly, this case is stayed, and the clerk of court is directed to statistically terminate the following motions: plaintiffs' May 29, 2018 motion for class certification [ECF No. 60]; defendant's October 19, 2018 motion for judgment on the pleadings and for partial summary judgment [ECF No. 87]; and defendant's October 19, 2018 sealed motion for judgment on the pleadings and for partial summary judgment [ECF No. 91].

The parties are directed to file a supplemental status report no later than February 14, 2019, to update the court on the January 31, 2019 mediation, and, if applicable, to notify the court of any follow-up mediation sessions.

**SO ORDERED**.

November 13, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE