IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **THOMAS BUCHANAN, on behalf of himself and all others similarly situated,**<br><br>      **Plaintiff,**<br><br> v.<br><br>**SIRIUS XM RADIO INC.,**<br><br>      **Defendant.** | Civil Action No. 3:17-cv-00728-D |

## JOINT SUPPLEMENTAL STATUS REPORT ON SETTLEMENT

Pursuant to the Court's Order (Docket No. 96), Plaintiff Thomas Buchanan and Defendant Sirius XM Radio Inc. (together, the "Parties") provide this joint supplemental status report to update the Court on the Parties' January 31, 2019 mediation session.

The Parties have agreed on the principal terms of a class action settlement and executed a settlement term sheet. In order to permit the Parties sufficient time to complete the settlement agreement and related documents, the Parties respectfully request that the Court's current stay be extended for an additional 30-day period.

Dated: February 14, 2019

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| HUGHES ELLZEY, LLP | JONES DAY |
| | |
| /s/ Jarrett L. Ellzey | */s/ Allison L. Waks* |
| | |
| Jarrett L. Ellzey | Allison L. Waks (admitted *pro hac vice*) |
| Texas Bar No. 24040864 | 20 Vesey Street |
| 2700 Post Oak Blvd., Ste. 1120 | New York, New York 10281 |

Galleria Tower I  
Houston, TX 77056  
Phone: (713) 554-2377  
Fax: (888) 995-3335  
E-Mail: jarrett@hughesellzey.com

*Attorneys for Plaintiff and the Proposed Classes*

Tel: (212) 326-3939  
Email: awaks@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*