**Attachments:** 60. Motion to certify class & supporting memorandum of law.pdf, 70. Response filed D.pdf, 77. Plaintiffs Reply in Support of Class Certification.pdf, 80. Sur-reply.pdf, 87. Motion for Summary Judgment on the Pleadings or in the alternative for summary judgment.pdf, 94. P's Response to MSJ.pdf, 88. Brief-Memorandum in support re doc 87.pdf, 98. P's Reply re Doc 87 - Motion for Summary Judgment.pdf

On 6/5/19, 11:50 AM, "Jarrett L. Ellzey" <Jarrett@hughesellzey.com> wrote:

   Pat,

   I enjoyed speaking with you today and appreciate your passion for privacy law.  I've attached the briefs we discussed.  Feel free to contact me if you have any questions.

   *Please note the briefs contain redactions due to a protective order entered by the court.

   Jarrett L. Ellzey
   Hughes Ellzey, LLP
   1105 Milford Street
   Houston, Texas 77006
   (713) 554-2377
   (713) 554-2376 – Direct Line

   www.hughesellzey.com <http://www.hughesellzey.com>