# EXHIBIT B

\> > > > > > From: Patrick Maupin [mailto:pmaupin@gmail.com]
\> > > > > > Sent: Thursday, March 28, 2019 12:48 PM
\> > > > > > To: Donnelly, Patrick <Patrick.Donnelly@siriusxm.com>
\> > > > > > Subject: Fwd: Release and Settlement Agreement
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > Dear Mr. Donnelly:
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > I recently purchased a new car.  The car has a Sirius XM radio in it, a feature I am not at all interested in.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > I received a call from Sirius XM -- (877) 201-7415 -- on Monday,  March 25, 2019, at 5:55 PM.  I politely, if pointedly, explained that I was not interested, that we had no business relationship, that I was on both the state and federal do-not-call lists, and that your company was not to solicit my business again.  I received another call from the same number last night, Wednesday, March 27, at 5:59 PM, at which point I was not nearly so polite.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > There may be technical reasons why the first call was OK (I don't think I authorized the car dealer to do cross-marketing, but it's possible I might have), and you may have some colorable claim that you are not using an ATDS.  Without discovery I cannot know these things.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > In any case, you can settle this now by sending $500 for the second call and promising never to call again.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > Or we can have some fun.  As a small example, Wells Fargo decided to have fun after a single call.  I actually am their mortgage customer, and they seemed to think this fact alone made the call transactional.  They were wrong.  Locke Lord probably billed them tens of thousands for all the discussion and negotiation we had; and at the end of the day, I received court costs and triple damages for that call.  That probably amounted to about $10/hour on my end, but it was worth it.  See attached.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > I cannot know if my small efforts will help to induce you to clean up your misbegotten marketing strategies, but I do know that if I don't do anything, I'm not helping to curb annoying dinnertime phone calls for the masses.  It's a calling.  You've probably been cautioned about mud-wrestling with pigs; I'm the pig.
\> > > > > >
\> > > > > >
\> > > > > >
\> > > > > > Best regards,

1

\> \> \> \> \> \> \>
\> \> \> \> \> \> \> Patrick Maupin
\> \> \> \> \> \> \>
\> \> \> \> \> \> \> 2206 Southern Oaks Drive
\> \> \> \> \> \> \>
\> \> \> \> \> \> \> Austin, Texas 78745
\> \> \> \> \> \> \>

*[portions of email chain omitted]*