# EXHIBIT C

| | |
|---|---|
| **From:** | Patrick Maupin <pmaupin@gmail.com> |
| **Sent:** | Friday, June 14, 2019 8:32 AM |
| **To:** | Theis, Tyler |
| **Cc:** | Jarrett L. Ellzey |
| **Subject:** | Re: FW: Release and Settlement Agreement |
| **Attachments:** | maupin_515.pdf |

Dear Mr. Theis:

Once I rejected your most recent counteroffer, I started researching more seriously about how to win the war, rather than this little side-skirmish. One result of that research was the discovery of a nifty procedural tool that can be used to ask the FTC to fix a web page. I have availed myself of this tool; please find attached a copy of the request which I sent to the FTC yesterday.

I believe this action renders me incapable of agreeing to the proposed confidentiality or non-intervention terms.

I suppose my summer hobby will now be learning FRCP and FRE well enough to generate a Rule 24(a)(2) motion that shows the need to intervene because class counsel does not appear to be effectively protecting the rights of class 1 members, and a corresponding pleading drafted well enough to show Article III standing. Is it Iqbley or Twombal? I never can remember.

Anyway, the FTC has 60 days to provide an initial response to my request; if it is favorable, the timing will be most excellent.

I wouldn't want either you or class counsel to be surprised by what I have done or what I am contemplating, so I am cc'ing Mr. Ellzey on this email.

Thank you again for trying; unfortunately, seeing your statement of your position in black and white was like raising a red flag in front of a bull. This cannot stand, and I will do everything in my power to stop it.

Best regards,
Pat

P.S. Mr. Ellzey, you were starting to sound like a stuck record. I welcome further communication from you if someone manages to move your tonearm to a new track.


*[remainder of email chain omitted]*