# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **THOMAS BUCHANAN, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SIRIUS XM Radio, Inc.,**<br><br>Defendant. | **Case No. 3:17-cv-00728-D** |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

The Court, having reviewed Patrick Maupin's Motion to Intervene, and having found that good cause exists for the granting of such Motion, hereby **ORDERS** that his Motion to Intervene is **GRANTED**.

The Complaint provided with the Motion shall be considered filed as of the date of this order.

As Intervenor Patrick Maupin has agreed to be bound by the protective order in this case, the existing parties are ordered to provide Intervenor with true and correct, unredacted electronic copies of all filings they have made in this case, and all discovery they have produced to other parties in the case, as part of their Initial Disclosures under FRCP 26(a)(1).

**SO ORDERED**

August _____, 2019

_____
SIDNEY A FITZWATER
UNITED STATES DISTRICT JUDGE