# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **THOMAS BUCHANAN, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SIRIUS XM Radio, Inc.,**<br><br>Defendant. | **Case No. 3:17-cv-00728-D** |

## ACKNOWLEDGMENT AND
## AGREEMENT TO BE BOUND

I, Patrick Maupin, declare as follows:

1. My address is 2206 Southern Oaks Drive, Austin, TX 78745.

2. My present employer is Microchip Technology, Inc.

3. My present occupation or job description is Systems Design Engineer.

4. I have reviewed a copy of the Stipulation and Order, Dkt. 56, entered in this action on March 29, 2018.

5. I have carefully read and understand the provisions of the Stipulation and Order.

6. I am acting as my own attorney in the case.

7. I will fully comply with all provisions of the Stipulation and Order, as they relate to any and all attorneys in the case.

8. I hereby submit to the jurisdiction of this Court for the purposes of enforcing this acknowledgment and the Stipulation and Order in this action.

I declare under penalty of perjury under the laws of the United States that everything I have written in this agreement is true and correct.

Executed this 1st day of August, 2019.

                                       /s/ *Patrick Maupin*
                                       Patrick Maupin