# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SIRIUS XM Radio, Inc.,<br><br>    Defendant. | Case No. 3:17-cv-00728-D |

## PATRICK MAUPIN'S NOTICE
## OF INTERLOCUTORY APPEAL

Notice is hereby given that Patrick Maupin appeals the District Court's Order of August 28, 2019 (Dkt. 114) denying his Motion to Intervene of July 2, 2019 (Dkt. 109) . This appeal is taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

/s/ *Patrick Maupin*
Patrick Maupin
*Pro Se*
2206 Southern Oaks Drive
Austin, Texas 78745
(512) 743-8620
pmaupin@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2019, I electronically filed a true and correct copy of this Notice with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Patrick Maupin*
Patrick Maupin