# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **THOMAS BUCHANAN**, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>**SIRIUS XM Radio, Inc.,**<br><br>  Defendant. | Case No. 3:17-cv-00728-D |

## [PROPOSED] ORDER GRANTING MOTION TO CONDITIONALLY OPT-OUT

The Court, having reviewed Patrick Maupin's Motion to Conditionally Opt Out of this Class Action, and having found that good cause exists for the granting of such Motion, hereby **ORDERS** that his Motion to Conditionally Opt Out is **GRANTED**, and that if the court of appeals does not allow him to intervene in this action, he may pursue his own litigation against Defendant.

**SO ORDERED**

September _____, 2019

_____
SIDNEY A FITZWATER
UNITED STATES DISTRICT JUDGE