# EXHIBIT A

**Waks, Allison L.**

| | |
|---|---|
| **From:** | Patrick Maupin <pmaupin@gmail.com> |
| **Sent:** | Monday, September 9, 2019 11:27 AM |
| **To:** | Waks, Allison L. |
| **Cc:** | Rota, Albert J.; McClung, Sidney Smith; Demitrack, Thomas; Armstrong, Lee A. |
| **Subject:** | Re: Request to meet and confer on motion to conditionally opt-out |

Your choice, obviously.

But you do realize that my attempted intervention makes it easier for me to appeal the final judgment in the class action, right?

Are you sure that's the path you want to go?  Have I not already exhibited to you that I have more time and money than sense?

Best regards,
Pat

On Mon, Sep 9, 2019 at 9:48 AM Waks, Allison L. <awaks@jonesday.com> wrote:
>
> Mr. Maupin,
>
> Sirius XM objects.  The Court has already established a process for the decisions to be made by class members.
>
> Sincerely,
> Allison
>
> Allison L. Waks
> Associate
> JONES DAY® - One Firm Worldwide℠
> 250 Vesey Street
> New York, NY 10281
> Office: +1.212.326.7808
> awaks@jonesday.com
>
> -----Original Message-----
> From: Patrick Maupin <pmaupin@gmail.com>
> Sent: Friday, September 6, 2019 6:01 PM
> To: Waks, Allison L. <awaks@jonesday.com>
> Cc: Rota, Albert J. <ajrota@jonesday.com>; McClung, Sidney Smith
> <smcclung@jonesday.com>; Demitrack, Thomas <tdemitrack@JonesDay.com>;
> Armstrong, Lee A. <laarmstrong@JonesDay.com>
> Subject: Request to meet and confer on motion to conditionally opt-out
>
> Dear counsel:
>
> I intend to file a motion to conditionally opt-out of the litigation if the court's denial of my motion to intervene is affirmed by the appeals court.
>

1

> Please let me know at your earliest convenience if you have an objection to this motion.
>
> Thank you and best regards,
> Pat
> ***This e-mail (including any attachments) may contain information
> that is private, confidential, or protected by attorney-client or
> other privilege. If you received this e-mail in error, please delete
> it from your system without copying it and notify sender by reply
> e-mail, so that our records can be corrected.***