# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **THOMAS BUCHANAN, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SIRIUS XM Radio, Inc.,**<br><br>**Defendant.** | **Case No. 3:17-cv-00728-D** |

## NOTICE OF WITHDRAWAL OF MOTION TO CONDITIONALLY OPT OUT OF CLASS

Please take notice that on October 7th, 2019, Patrick Maupin sent a letter to the Settlement Class Administrator requesting exclusion from the Settlement Class. Maupin respectfully withdraws this pending Motion, as it is now moot.

Respectfully submitted,

/s/ *Patrick Maupin*
Patrick Maupin
*Pro Se*
2206 Southern Oaks Drive
Austin, Texas 78745
(512) 743-8620
pmaupin@gmail.com

Notice of withdrawal of motion Page 1 of 2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2019, I electronically filed a true and correct copy of the above notice with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Patrick Maupin*
Patrick Maupin