## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br>   v.<br><br>SIRIUS XM RADIO, INC.<br><br>              Defendant. | Case No. 3:17-CV-0728-D |

## ORDER MODIFING THE COURT'S ORDER APPROVING ISSUANCE OF NOTICE

On this day, the court considered the Joint Motion to Modify the Court's Order Approving Issuance of Notice [DKT 106]. After considered said motion, the court is of the opinion it is well taken, and, therefore, in all things GRANTS the motion.

**SO ORDERED.**

October 8, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE