IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN,           Plaintiff, | § § § § § Civil Action No. 3:17-CV-0728-D |
| VS. | § § |
| SIRIUS XM RADIO, INC.,           Defendant. | § § § § |

### ORDER

The court having on October 8, 2019 granted the parties' joint motion to modify the court's order approving issuance of notice, the final approval hearing is reset to Tuesday, January 28, 2020 at 1:30 p.m. The parties must now comply with all revised deadlines that are tied to the new hearing date.

**SO ORDERED.**

October 9, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE