## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

THOMAS BUCHANAN on behalf of himself
and all others similarly situated,

       Plaintiff,

      v.

SIRIUS XM RADIO, INC.,

       Defendant.

Case No.:

3:17-cv-00728-D

## PLAINTIFF'S MOTION FOR PAGE LIMIT EXTENSION

Plaintiff files this Motion for a Page Limit Extension ("this Motion"), requesting an extension of the page limit for Plaintiff's Memorandum of Law supporting Plaintiff's "Uncontested Motion for Approval of Attorneys' Fees and Expenses, and for a Service Award." Plaintiff requests relief from Local Rule 7.2, and an extension from 25 pages to 30 pages, in light of the voluminous detail needed to properly support the motion. Plaintiff believes the additional pages are necessary to brief these issues fully. Defendant does not object to this request. Therefore, Plaintiff requests this Court to enlarge the page limit from 25 to 30.

1

Respectfully Submitted,


  /s/Jarrett L. Ellzey
W. Craft Hughes
craft@hughesellzey.com
Jarrett L. Ellzey
jarrett@hughesellzey.com
**HUGHES ELLZEY, LLP**
1105 Milford Street
Houston, Texas 77006
Phone (713) 554-2377
Facsimile (888) 995-3335

Mark A. Alexander
mark@markalexanderlaw.com
Mark A. Alexander P.C.
5080 Spectrum, Suite 850E
Addison, Texas 75001
Tel: 972.364.9700
Fax: 972. 239.2244

Henry A. Turner*
Turner Law Offices, LLC
403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Tel: (404) 378-6274
hturner@tloffices.com

Aaron Siri*
Mason A. Barney*
Siri & Glimstad LLP
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com

Douglas M. Werman*
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008
dwerman@flsalaw.com

2

Mark A. Alexander
Jonathan D. Selbin*
Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  jselbin@lchb.com

Daniel M. Hutchinson*
Lieff, Cabraser, Heimann & Bernstein, LLP
Email:  dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFF
AND THE CLASS**

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas, Dallas Division, on January 13, 2020 and will be served on all counsel of record who have consented to electronic notification *via* CM/ECF.


_/s/ Jarrett L. Ellzey_
Jarrett L. Ellzey

## <u>CERTIFICATE OF CONFERENCE</u>

I certify on January 13, 2020, counsel for Plaintiff conferred with counsel for Defendant *via* email. Counsel for Defendant stated that Defendant does not object to this request.


_____*/s/ Jarrett L. Ellzey*_____
Jarrett L. Ellzey