UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS BUCHANAN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Case No.:<br><br>3:17-cv-00728-D |

It is hereby **ORDERED** that Plaintiff's Motion for Page Limit Extension is **GRANTED** and the page limit for Plaintiff's reply is extended from 25 to 30 pages.

SO ORDERED this _____ day of January 2020

_____
HON. SIDNEY FITZWATER